**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1662**

———————

In Re: JOHN D. GOELZ,

                                                    Petitioner.

———————

On Petition for Writ of Praecipe.
(CA-99-413-3-MU)

———————

Submitted:  June 27, 2000          Decided:  July 10, 2000

———————

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

John D. Goelz, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Goelz brought this action seeking a writ of praecipe, an injunction, and a restraining order barring the district court from proceeding in his contract action that had been removed to federal court from state court. Essentially, Goelz is seeking mandamus relief. As explained in the order denying Goelz's earlier mandamus petition challenging the district court's jurisdiction over his contract case, mandamus relief is not available because Goelz has another remedy, namely to appeal any unfavorable final district court decision.[*] We therefore deny relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] The district court denied Goelz's motion to remand. See Caterpillar Inc. v. Lewis, 519 U.S. 61, 74 (1996) (by timely filing motion for remand, litigant "did all that was required to preserve his objection to remand").